# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**FARRAH YOUNG**                                                                   **PLAINTIFF**

V.                **CASE NO. 3:12CV00256-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                           **DEFENDANT**

## JUDGMENT

In accordance with the Court's findings of fact and conclusions of law following oral arguments by counsel on November 7, 2013, Plaintiff Farrah Young's appeal is denied, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 8th day of November, 2013.

_____
UNITED STATES MAGISTRATE JUDGE